```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  JASON KLEINWAKS (NYBN 5335013 / DCBN 1049058)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6924
 7      FAX: (415) 436-7234
 8      jason.kleinwaks@usdoj.gov

 9  Attorneys for United States of America
```

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                   SAN JOSE DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 5:21-mj-70088-MAG |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE STATUS ON PRELIMINARY HEARING TO AUGUST 12, 2021, AND TO EXCLUDE TIME FROM JUNE 11, 2021, THROUGH AUGUST 12, 2021, UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT [18 U.S.C. § 3161(h)(7)(A) AND (h)(7)(B)(iv)] |
| v. | |
| DIANE AGUILAR, | |
| Defendant. | |

This case is presently set for a status on preliminary hearing on June 11, 2021. The United States and the defendant hereby stipulate to the continuance of the status on preliminary hearing to August 12, 2021, to permit defense counsel to continue to review materials previously provided by the government with the defendant and to continue to discuss how to proceed with the defense. The parties further stipulate that the time from June 11, 2021, through and including August 12, 2021, should be excluded from the period of time within which to conduct a preliminary hearing. The parties further stipulate that the time from June 11, 2021, through and including August 12, 2021, should be excluded from the

period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act because a failure to do so would unreasonably deny the defendant the reasonable time necessary for effective preparation.  Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

The parties also stipulate that the date by which an indictment or information must be filed be extended to September 13, 2021, which is approximately 30 days after August 12, 2021.

Defendant Diane Aguilar has been advised of this request and specifically consents to exclusion of time from June 11, 2021, through and including August 12, 2021, from the period of time within which to conduct a preliminary hearing in this matter, and to the extension of the date by which an indictment or information must be filed to September 13, 2021.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

DATED: June 10, 2021                                /s/
JASON KLEINWAKS
Assistant United States Attorney

DATED: June 10, 2021                                /s/
DAVID PLOTSKY
Counsel for Diane Aguilar

**ORDER**

Based upon the representations made in the parties' stipulation above and for good cause shown, the Court makes the following findings:

1. There is good cause for excluding time from June 11, 2021, through and including August 12, 2021, from the period of time within which to conduct a preliminary hearing in this matter under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an Indictment under the Speedy Trial Act to September 13, 2021;

2. The defendant has specifically consented to the exclusion of such periods;

3. Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

4. The ends of justice served by excluding the time from June 11, 2021, through and including August 12, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

Having made these findings,

IT IS HEREBY ORDERED that the status on preliminary hearing is continued to August 12, 2021, and the time from June 11, 2021, through and including August 12, 2021, is excluded from the period of time within which to conduct a preliminary hearing.  It is further ordered that the time by which any information or indictment must be filed is extended to September 13, 2021.  The Court excludes the time from June 11, 2021, through and including August 12, 2021, from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**IT IS SO ORDERED** this <u>11th</u> day of June 2021.



HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

1